COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00155-CV 

 


 
 
 Gateway, Inc.
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 Fort Worth Academy for the
 Education of Children and Youth
 
 
  
 
 
 APPELLEE 
 
 


 

------------

 

FROM THE
352nd District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

We
have considered “Appellant Gateway, Inc.'s Unopposed Motion To Dismiss.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d). 

 

PER
CURIAM

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT,
J.  

 

DELIVERED:  July 1, 2010

 











[1]See Tex. R. App. P. 47.4.